## PENCE v. STATE.

(Court of Criminal Appeals of Texas. Feb. 4, 1914.)

Appeal from McLennan County Court; Geo. N. Denton, Judge.

Belle Pence was convicted on a charge that, while the owner and keeper of a disorderly house, she sold and gave intoxicating liquors to a certain person, and she appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. The complaint in this case charges that appellant was the owner and keeper of a bawdyhouse, and in said house did sell and give to Alice Gordon intoxicating liquors. When tried, she was convicted, and her punishment assessed at confinement in the county jail for 60 days and a fine of $200. No statement of facts nor bills of exceptions accompany the record, and under such circumstances no question is presented in the motion for a new trial we can review. Affirmed.

---

## EDWARDS v. STATE.

(Court of Criminal Appeals of Texas. Jan. 28, 1914.)

Appeal from District Court, Titus County; H. F. O'Neal, Judge.

Arch Edwards was convicted of assault with intent to kill, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for an assault with intent to kill, with the lowest punishment assessed, appellant prosecutes this appeal. There is no statement of facts, in the absence of which no question is raised that can be reviewed. The judgment is affirmed.